IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS

IN RE: Donald Adkins
Relator,

REC'D IN COURT OF APPEALS
12th Court of Appeals District

SEP 17 2015

TEXAS

Original Proceeding
Case# 12-15-00180-CR

## Relator's Notice of Change of Address

Now comes; Donald Adkins, in "pro-se", to respectfully give notice of his Change of address as follows:

1. The Relator was priorly residing at: Ramsey#1 (T.D.C.J.) of 1100 fm 655, Rosharon, Texas 77583.

2. The Relator is Now residing at: Hospital Galveston (U.T.M.B) P.O.Box 48 SUBSTA#1, Galveston, Texas 77550

The Relator request that this notice be recorded by the Court and provides he is providing service to Respondent(s)

Respectfully
Donald Adkins

Donald Adkins in "pro-se"
Relator (TDCJ# 1792685)
P.O.Box 48 SUBSTA#1
Galveston, Texas 77550

On this 9th day of September year of 2015.

Donald Adkins

Certificate of Service                    RE: 12-15-00180-CR

    I, Donald Adkins, Relator in "pro-se", do here by certify
that a true copy of the Relators "Change of Address" was
sent by way of U.S. mail - via (TDCJ - Mail Room) to:
    1. Charles R. Mitchell
       273rd Dist. Court, Sabine County
       200 San Augustine Street
       Center, Texas 75935


Mailed this 9th day of September, 2015

                        Respectfully Submitted;
                        Donald Adkins
                        Donald Adkins # 1792685
                        Relator in "pro-se"
                        P.O. Box 48, SUBSTA #1
                        Galveston, Texas 77550